Michael A. Galpern, NJ Bar No.: 38907
LOCKS LAW FIRM, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
Telephone: (856) 663-8200
Facsimile: (856) 661-8400
Attorneys for Plaintiff, Edward T. Kierstead and, Rosemarie Kierstead, husband and wife

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C-05-4600-CRB<br><br>MDL No.: 1699<br>District Judge: Charles R. Breyer |
| EDWARD T. KIERSTEAD and ROSEMARIE KIERSTEAD husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, et al.,<br><br>Defendants. | Docket No.: 05-4600-CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, EDWARD T. KIERSTEAD and, ROSEMARIE KIERSTEAD, husband and wife, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

1

DATED: Oct. 30, 2009				LOCKS LAW FIRM, LLC

						By: /s/ Michael A. Galpern
						———————————————
						Michael A. Galpern
						Attorney for Plaintiffs, Edward T. Kierstead
						and, Rosemarie Kierstead, husband and wife

DATED: December 7, 2009			DLA PIPER LLP (US)

						By: /s/ Michelle W. Sadowsky
						———————————————
						Michelle W. Sadowsky
						Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: DEC 1 1 2009				_____
						Honorable Charles R. Breyer
						United States District Court

2